Motion for Appointment of Counsel

05-10846 MEL

Under present conditions a conservator has been assigned to me since December 14 2001. This person has refused to pay my bills and has neglected his duty as a court appointed conservator. He has, after 3½ years only now allowed extra funding.

As is this is the situation, this man, Charles O'Hearn would probably refuse to pay a lawyer in this current civil action on my behalf, as he has in the past refused extra monies, even telling my storage area that he didn't want anything there and refused to pay; the contents needless to say went to auction.

I believe this to be a case, not only the circuit judge appointed, but also the attorney assigned would be very interested in working on. I believe assigning an attorney or requesting one at this point would be helping this innocent party regain his livelihood and also benefit a vast amount of others, either already, or not yet involved. Per my situation is far.

p.2

I have a court appointed attorney from the area the judge Heffernan is from but he is of little use; I believe threatened by Heffernan not to do to much for me. The F.B.I. are aware of his illegal manouvers and they believe there were homicides involved beginning several to many years ago for both defendents. This case involves a good many doctors and staff involved in a good many illegal acts. Its all going to come out in court.

As I only get $300 a month from my conservator; barely enough to support basic needs, 150.00 of that would put me in a bigger ditch than the judge has me in! Thanks for your consideration and I trust you will assist these forthright allegations to get back this conservators charge of estate and reverse this illegal commitment the judge has me under.

I have federal status with the F.B.I. since 2001. Original certification number: reir— 8141 7103 3451 classification 81710...

orig— reinstatement 8641 3101 34356 classification no: 91710471/71 and there is a second. You may check this one.   Sincerely Sir Alan ...
esq ...