filed by: Plaintiff
Sir Alan V. Salzman
VAMC 1 West
421 North Main St.
Leeds, MA 01053-9764

The Complaint
parts 1 + 2
05-10846 MEL
Referred to MJ Leo T Sorokin

Defendants
1. Judge E. M. Heffernan
   355 Main St
   C/o Probate Court Dist 156
   West Haven, CT. 06516
2. Charles Crillooly
   Conservator Services
   513 Sylvan Ave
   Waterbury, CT. 06706

Note: address on last page.

Compiled by
Sir Alan V. Salzman
SS 041 38 5072 esq III
phone 413-5344
       -582-9137

The Complaint For Judicial Review            4.05.05

Page 1

paragraph;

1.    In this complaint I will attempt to show maleficence on the part of this Judge Heffernan and also on the part of Mr. Charles Gilbody. This means evil intent and intentful harmful activity. These men are malevolent, especially the judge and of evil will. They are malfeasant (guilty of malfeasance). These men are malicious because of their greed for money and have come after mine.

2.    I have Federally protected finances that have come from past family inheritances from several countries. I have even blood ties to Jesus Christ's family of saints; here Russia and in China. Now this money was brought here by a Government official way before he became our government official. It turns out he read a book and learned about my legacy; got some help from his father and traveled to some 17 countries to retrieve these accounts. Now in over 200 banks in this country.

3.    And there were leaks from Russia and Heffernan found out about it and this is the way it all was planned. con't →

The Complaint                                                P92

paragraph
4. Thats right Sir worldly kings and and Queens and keeping the world free from terrorism and Brumanism was my legacy for so many years with J.C. assisting. I am a He man Sir with much going against me as you are Learning and need help.

5. I worked for this US Government now for 4 years and have been registered as a Federal Regulator because of my values and to assist in maintaining strength of the Banking Industry holding all my assets. I have money in The US Treasury, Fort Knox, Fed Credit Banks and others such as The Federal Depositories, First Union Bank and Western Union Bank, many of over 738 Banks here in U.S. Also Sir I own money in Russia, China, and Holland as well as Switzerland and ~~Holt~~ Amsterdam. 6.) So as you see there is little reason to doubt some men would go out of their way to get some even illegally. The Feds have been investigating some key 13 suspects who are V/A and have been covering their tracks by taking out the opposition. Most have been

# The Complaint

paragraph                                                                    pg 3

taken into custody once or twice; but the Feds are going to crack down soon.

7. So when they sent me to the VA by making up some story Heffernans friend, a checkioslovakian doctor Dr. DeSousa planned my stay with the medication I am ~~allergic~~ allergic to.

8. They had all intentions to assign a conservator and do me in and lay claim to my estate. But they know I am still in the know and I'm going bust up their little ring of crooks. There were more involved as a conspiracy. The Feds have decreased the odds thank God. Oh by the sight of me you wouldn't know but I have 100% Royal blood sir — allergic to psychotropic meds.

9. They never proved my not being able to maintain my own finances, only that I had in the past a c card debt, ~~how~~ (then) handled by Consumer Credit Counciling of Southern Conn. This man for some 3 1/2 years paid none of my debt, nor me for some 17 months, either from the house I sold or from my VA 100% compensation check. Attached are complaints from the same old creditors I had 3 1/2 years ago. The feds may have paid my debt since

The Complaint

paragraph 9, con't.                                            pg. 4

a month ago, not sure; in any case I'm looking to get back this charge of estate and a drop to this committment she under from Heffernan; along with a $100 million damages settlement from each of the defendants.

They should both do time for this malicious behavior. From what I've learned from the Feds these men have taken some 13 lives apiece and take home per conservator assignment with VA benefits some $33,000 year each. Judge Heffernan is suspect in rape and murder of his running partner Judge John Anderson back in 1974, done in order to confirm his seat on probate, district 156. Bilooly is suspect in the murder of a friend — a good friend of mine a Doctor David Johnson from the PTSD unit I went to in the 80's in West Haven (VA).

I will leave the rest to the good judge or judges.

I remain in truth,

Sir Alan V. Salzman esq. III

Complaint attachment additional Info

pg.1

There are two release orders I recieved that have been ignored here

1. Probate order
   814670312     SC 8017
   under directive 817171171 or
   Judge Charlie Powers SC 810  81771171
   to return my estate and relieve me of civil hold.

2. Congressional order for release
   from Probate Administrator          top PRIORITY ORDER FROM
   81071717131704          → Chief Mag Judge CA Allen

Latest clearance, release, and return 801# (security code)
of estate order top Priority  cw Powers 810 (sec. code)

I don't believe Gilhooly has filed any income tax reports either. I've checked with the IRS. I've had federal status for over 2 years now, but Gilhooly doesn't know that.

My Federal Status brief:
Hon Mention status certificate no 81417123744701123
US Gov certified  81071320171352037 sec codes 8171 ea.
Security clearance code 811-6 cert no. 81072210231511132
as chief magistrates office chief cert fed government:
cert no: 81071313152670

(8.17.03)
Cert. for chief of operations and deplomatic community 81071043103706 3
                                                        sec code 8171

Complaint attachment part 2

pg. 2 certificate for clearance codes 817104131 (8.12.03)

Once the lawyer assigned or that wants this opportunity does his initial investigation he may contact me at: or write 413 582 9137 ask for Alan Salzman

Write to Sir Alan Salzman
VAMC - 1West
421 North Main ST,
Leeds, Mass. 01053-9764

I want a trial by jury
A.V.S.

Copies have been sent to each defendant as per rule 5.2 of Penal Code.
Sir A.V. Salzman

defendants

E. W. Heffernan
355 Main St.
West Haven, Conn. 06516
203 937 3552 (phone)

Charles Gilhooly
513 Sylvan Ave.
Waterbury, 06706
203 754 0722
(phone)

Cover of Additional evidential materials pertaining to case.

This is a bogus clearance order number I recieved from the Feds — direct from Washington's — office Mr. Bash's order. As you now see this goes all the way clown town. Believe me I know. This is about the 5th bogus order I've gotten. The latest is clearance order no

This is a good one Sir →  81072 41763   sec. code 810
mag. chief C.W. Powers

Return of estate order no 83017641
See code 812

3.26.05

pg. 1

Dear Probate Judge;

Greetings hope you are well.

I have some information pertaining to my Probate case with District 156 and Judge Heffernans decisions.

Enclosed are notes received over the telephone from Chief Magistrate Judge C.A. Allen in a Washington office.

Congress has agreed to get me out of this treatment option program as after careful refined review they have decided a few mistakes have been made with Mr. Salzmans incarceration

Congress and Judge C.A. Allen has sent or given to me release orders for Mr. Alan Salzman, now Sir Alan V. Salzman esqIII; title given by the President himself in due process with Mr. Salzmans help and work with the Department of Justice and the Dept. of the F.B.I. I was told to relate this information to you in regards to his release from committment and also his consevatorship being fully re-

Pg. 2

established in his name once more.

Please pay special attention to these numbers as they are the one's given to me by this congressional judge.

Latest congressional order from Congress via Telephone for Release of Sir Selgman is as follows from the Probate Administrator:

Release order no:
8071217131704

Latest clearance, release and ownership order for estate is with authorization security code:
8015

top Priority Authorized by C W Powers security code authorization 810

Please run a copy of resulting application to Mr. Selgman as soon as it is cleared with you sir.

In Regards and with good Health;
I remain
Sir Alan V. Selgman esq. III
.. phd IA, 2A AI...
VAMC, west
421 North Main St.
Leeds, MA 01053-9764

phone: ☎
413 582 9137
ask for Alan Selgman

Cover on Gilhooly

Proof of debt still endured and balance sheet of my input to my account.

phone 413 582 9137
Submitted by
Sir Alan Saltzman
VAMC 1 west
421 N. Main St.
Leeds, MA 01053-9764

EARNINGS FROM VA Compensation  'CKS increase $50/YEAR'   100% /per mo.

| YEAR | | | |
|---|---|---|---|
| 2002 | 2003 | 2004 | 2005 |
| 2213 | 2263 | 2313 | 2363 |
| × 12 mo. | × 12 | × 12 | × 3 mo SO FAR |
| 4426 | 4526 | 4626 | 7,089 |
| 2213 | 2263 | 2313 | |
| 26,556 | 27,156 | 27,756 | |

27,156
27,756
7,089
―――――
88,557
31,153
―――――
119,710
 3,400 →  pd by Linda Konopka
―――――   27 Adams Dr.
123,110   Terryville CT.
 -4,680 Fee  8605832639
―――――        (phone)
118,430
 7,314
―――――
111,116  TOTAL BALANCE
         3,27,05

Gilhooly missed 17 months allowance pay to me the first 2 years.

Conservator 3 yrs 3 mo.   39 mo.
                          17
House sale plus condition of mo/payments ――
of 100 till 3,400 was pd off   22 mo w/pay
At that point he only sent
$50 for several months, had to ask
several times for more; even then he
only sent 200.⁰⁰  Now 300.⁰⁰ should be $400.⁰⁰
at least. once discharged should get
whole check.

Should be on hand in Gilhoolys & my acct.
Gilhoolys fee should be $30 wk   120 mo
                                 120.
                                 39 months
total                            ―――
left         Payments to me       1080.
tony         Approximate as I      360
              can be             ―――――
                                 4680.⁰⁰  Gilhoolys fee 39 mo
not          22 payments of
             200.00 /mo          Payment of extra Amounts
 70,000         22               mo of $
or $53,000     ―――               2/05  1964 - for laptop computer
                400              1/05   650 - for Palm handheld
He paid on Bills - ??  400       2/03   300 - clothes
none are paid off     ―――――             ―――――
                      4400.              2914
He told my storage     2914
Area to kiss his Ass tony!  7314

P.O. BOX 7075
TROY MI 48007-7075
RETURN SERVICE REQUESTED

S-SFZWIK10  L-MCM002
P00ZKT00202569 I05139
ALAN SALZMAN
421 N MAIN
LEEDS MA 01053-9764

## IMPORTANT NOTICES:

This letter was created following a limited review of your account data. That data includes items such as your name, account number, account status, creditor name, alleged debt balance and payment activity or lack thereof. This limited review process was designed, tested, and supervised by a firm attorney in order to determine whether your account meets our file criteria for corresponding with you. The review of the computerized data and the decision to send this letter was made by an attorney, and an attorney authorized the sending of this letter. The fact that an attorney has signed this letter is not an indication that an attorney has made any legal determinations concerning your debt, nor that any decision has been made as of this date to sue you. In fact, no such determination has yet been made by a firm attorney or our client.

Attorneys in this law firm are licensed to practice law only in those states listed on the letterhead of this letter. If it is ever decided that a suit should be filed against you, any such suit would be filed only through a law firm licensed in your state. Furthermore, the fact that our law firm may recommend that a suit be commenced does not mean that our client will accept the recommendation to initiate suit.

Some employees of our firm who correspond with debtors are non-lawyer collectors. If the person whose signature appears on the front of this letter does not appear on the roster of attorneys on the side of the page on the firm letterhead, (s)he is a non-lawyer collector and not an attorney.

Non-lawyer collectors do not practice law. They cannot file suit nor give legal advice. The non-lawyer collectors in this firm are trained and supervised by attorneys, and they follow procedures designed by attorneys in the firm. You have the right to talk to a supervising attorney with the firm if you have a complaint or if you simply want to discuss your file.

The state Rosenthal Fair Debt Collection Practices Act and the Federal Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**OFFICE HOURS:**   Monday through Thursday 8:00 AM - 11:00 PM, Friday 8:00 AM - 5:00 PM, Saturday 8:00 AM - 1:00 PM, Sunday 7:00 PM - 11:00 PM  (All times are Eastern)

The following language is required by Colorado state law to be contained in the initial debt collection letter sent to Colorado residents:

**FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CAB.HTM**

**ZWICKER & ASSOCIATES, P.C.**
Attorneys At Law
800 Federal Street
Andover, Massachusetts 01810-1041
Tel. (800) 370-2251 / (978) 686-2255
Fax (978) 686-3538

Paul W. Zwicker
*MA Bar*

Robert W. Thuotte
*MA Bar*

Amy Edith Britt
*CA Bar*

Andrew J. Dick
*NY & FL Bars*

Phillip M. Thompson
*MA Bar*

Barbara A. Carnevale
*MA Bar*

Mireille H. Vartanian
*MA Bars*

Kevin A. Gordon
*CA Bar*

Ron Z. Opher*
*NJ & PA Bars*

Michael F. Braun
*AL & GA Bars*

Mitchell A. Meyers*
*FL & NC Bars*

Paul M. Weich
*AZ Bar*

Randall Pratt*
*ME & NH Bars*

Francesco Fabiano*
*NY Bar*

Robert G. Markoff*
*IL Bar*

Stephen E. Kaplan
*TX & NY Bars*

Temple B. Ingram, Jr.
*TX Bar*

Gerald F. Dumas
*OK Bar*

Irvin Borenstein
*CO & NY Bars*

Sanford J. Pollack
*NE & MO Bars*

Michael R. Stillman
*MI Bar*

Jeffrey M. Wilson*
*ID Bar*

Louis A. Vlasaty*
*MO & IL Bars*

* Of Counsel

**Personal and Confidential**

11/24/2004

Acct # : 8507234356

Total Balance : $ 1476.68

Zwicker Notice Number : MCM002

File ID: 1326806

Re : MRC Receivables Corp.
Acct # : 8507234356 [1][2]
Original Creditor : 5424426002038515
Total Balance : $ 1476.68

Dear ALAN SALZMAN,

This office has been retained to assist in the collection of the funds you owe on the above-listed account. At this time, you have failed to commence repayment of this debt despite previous correspondence and communication from this firm. Your refusal to take proper measures to resolve this debt may subject you to further non-litigious collection action by this firm. As of the date of this letter, the balance on your account is $1476.68.

You must make arrangements to repay this debt in full and in a manner acceptable to our client or in the alternative you must contact Heather March, one of our non-attorney account managers, in order to clarify your intentions relative hereto including any dispute with regard to same. Failure to do so may result in the continuation of further non-litigious collection activities.

Again, unless you contact this office to discuss this matter with Heather March, account manager, this office shall have no alternative but to proceed as indicated above.

Sincerely,

*[signature: Phillip M. Thompson]*

Phillip M. Thompson

---

[1] This correspondence is from a debt collector. As such this correspondence is an attempt to collect a debt and any information obtained will be used for that purpose.
[2] Important notices appear on the back of this letter. Please read them as they may affect your rights.

**ACTION CARD®** Issued by BANKFIRST
P.O. Box 5052
Sioux Falls, SD 57117-5052
www.actionbankcard.com

July 7, 2003

ALAN V SALZMAN
421 N MAIN ST
LEEDS MA 01053-9764

RE: 5140245000910266             Balance: $3,433.78

Dear Alan V Salzman:

To assist you in resolving your delinquent status, we are prepared to offer you a settlement for 50% of the balance shown above. The remaining amount would be forgiven and not pursued further.

**This is a limited offer.**

In order to take advantage of this offer, you must call us immediately to secured a payment. We must speak with you personally to confirm your intention to settle within the next 10 days; otherwise this offer is rescinded.

**Any delay may result in further action**

Call 1-800-204-6541 Central Time from 7:00 a.m. to 9:00 p.m. Monday through Thursday, 7:00 a.m. to 6:00 p.m. Friday and 8:00 a.m. to 12:00 p.m. Saturday.

Sincerely

*P. Vilaverde*

Patricia Vilaverce
Recovery Manager

This is an attempt to collect a debt, and any information obtained will be used for that purpose.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Federal Reserve Bank, P.O. Box 291, Minneapolis, MN 55480-0291

CF-05(20021201)       5373 8577 0100    C2025 3188 FC0005294

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff  **Hamshire Con**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  **New Haven County**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**C5-10846 MEL**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☒ 140 Negotiable Instrument |  / ☐ 365 Personal Injury - Product Liability |  | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☒ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act |  / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 340 Marine | ☒ 660 Occupational Safety/Health |  | ☐ 490 Cable/Sat TV |
|  | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☒ 690 Other |  | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits |  / ☐ 370 Other Fraud |  | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits |  / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) |  |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☒ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  |  / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☒ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☒ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**320 Assault, Libbie, Slander**

Brief description of cause:
**To Give conservatorship and tamper with funding**

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ **10 million**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): **Many other veterans Dist. 156     varies**
JUDGE **C. M. Heffernan**     DOCKET NUMBER **178/07/3132**

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____     AMOUNT _____     APPLYING IFP _____     JUDGE _____     MAG. JUDGE _____

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**DEFENDANTS**

Waterbury, Ct

(b) County of Residence of First Listed Plaintiff: Hampshire County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: New Haven County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number):
Tony Karajawis 1905 State St Hamden
203-772-3199

Attorneys (If Known): 05-10846 MEL

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☒ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☒ 320 Assault, Libel & Slander
- ☒ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☒ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☒ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☒ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 411 Voting
- ☒ 412 Employment
- ☐ 413 Housing/Accommodations
- ☐ 414 Welfare
- ☒ 440 Other Civil Rights
- ☒ 446 Amer w/Dis-abilities - other

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☒ 5 Transferred from another district (specify) — TRANS. FROM W. Haven, Ct.
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Federal Employee's Liability - HAD Federal Status with Dept of Justice (w/F.B.I.) for 14 yrs. and also proof of financial instability was never proven.

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 10,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE C.M. Heffernan — W. Haven Probate District 156
DOCKET NUMBER: 1781073132

DATE: _____
SIGNATURE OF ATTORNEY OF RECORD: _____

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ATTACHMENT 3**

*Gilhooly*

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __SALZMAN VS. Heffernan__
   __SALZMAN VS. Gilhooly__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   __ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   __ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

   X  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, __330__, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   X  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,      **05-10846 MEL**
            690, 810, 861-865, 870, 871, 875, 900.

   __ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
                                                            YES ☐       NO ☑

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
                                                            YES ☑       NO ☐
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                                            YES ☑       NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
                                                            YES ☑       NO ☐

7. DO **ALL** OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
                                                            YES ☐       NO ☑

   A. IF YES, IN WHICH DIVISION DO **ALL** OF THE NON-GOVERNMENTAL PARTIES RESIDE?
      EASTERN DIVISION ☐        CENTRAL DIVISION ☐        WESTERN DIVISION ☐

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
      EASTERN DIVISION ☐        CENTRAL DIVISION ☐        WESTERN DIVISION ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Atty Tony Karajanis__
ADDRESS __1705 State St. Hamden, Conn 06715__
TELEPHONE NO. __203 772 3199__

(Att3Cover sheet local.wpd - 11/27/00)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __SALZMAN vs HeFFernan / Gilhooly__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ___  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ___  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
                740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.     for patent, trademark or copyright cases

    ✓   III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                380, 385, 450, 891.

    ___  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,    05 - 10846 MEL
                690, 810, 861-865, 870, 871, 875, 900.

    ___  V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

    YES ☐   NO ✓

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

    YES ☐   NO ✓

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

    YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

    YES ✓   NO ☐

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ('governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

    YES ☐   NO ✓

    A. If yes, in which division do all of the non-governmental parties reside?

       Eastern Division ☐    Central Division ☐    Western Division ☐

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

       Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

    YES ☐   NO ✓

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Americo C ARchia, Attourney AT LAw__
ADDRESS __Church ST   New Haven__
TELEPHONE NO. _____

Coversheetlocal.wpd - 10/17/02