```
               UNITED STATES DISTRICT COURT

                DISTRICT OF MASSACHUSETTS

ALAN V. SALZMAN,                      )
         Plaintiff,                   )
                                      )
     v.                               )     CIVIL ACTION
                                      )     NO.  05-10846-MEL
JUDGE E.M. HEFFERNAN,                 )
ET AL.,                               )
         Defendants.                  )
```

## ORDER OF DISMISSAL

On February 23, 2006 this Court issued a Memorandum and Order (Docket No. 4) directing the Plaintiff to show good cause, within 35 days, as to why the case should not be dismissed for the reasons stated therein.  To date, plaintiff has not filed a response to that Order.  Accordingly, for failure to show good cause as directed, and for the reasons stated in the Memorandum and Order, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

SO ORDERED.

Dated in Boston, Massachusetts, on this 27th day of September, 2006.

                              /s/ Morris E. Lasker
                              UNITED STATES DISTRICT JUDGE