UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN V. SALZMAN,   ) <br>     Plaintiff,   ) <br>    ) <br> v.   ) <br>    ) <br> JUDGE E.M. HEFFERNAN,   ) <br> ET AL.,   ) <br>     Defendants.   ) | CIVIL ACTION <br> NO. 05-10846-MEL |

**NOTICE OF DISMISSAL**

<u>LASKER, D.J.</u>,

    In accordance with this Court's order dated September 27, 2006, it is ORDERED that the within action be and it is hereby dismissed.

                              By the Court,

                              s/ Marjorie E. Lanier
                              Deputy Clerk

Date  9/27/06

(Salzman Notice of Dismissal.wpd - 12/98)
      [odism.]